## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Shameskie L. Gray

v.                                          Case Number: 4:17–cv–02353

Cresencio Molina dba Texas Adjusters, et
al.

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Vanessa D Gilmore**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/12/2018

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:    November 30, 2017                     David J. Bradley, Clerk