United States District Court
Southern District of Texas
**ENTERED**
January 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Shameskie L. Gray §<br>　　*Plaintiff,* §<br>§<br>V.　　　　　　　　　　　§<br>§<br>1 Texas Adjusters, LLC §<br>　　*Defendant.* § | Civil Action 4:17−cv−02353 |

# SCHEDULING ORDER

1. April 1, 2018 — **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

   **EXPERTS**

2a. May 1, 2018 — Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. June 1, 2018 — Defendant, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

3. August 1, 2018 — **DISCOVERY**
   Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post−deadline discovery.

4. September 1, 2018 — **MOTIONS DEADLINE**
   Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may <u>not</u> be changed by agreement.

**JOINT PRETRIAL ORDER**

| | | |
|---|---|---|
| 5a. | December 14, 2018 | THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with a computer disc). |
| 5b. | December 17, 2018 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. | December 21, 2018 | **DOCKET CALL** is set at 01:30 PM in Courtroom 9A. |
| 7. | January 2019 | **TRIAL** Case is subject to being called to trial on short notice during this month. |
| 7a. | 2 days | Estimated days to try |
| 7b. | Jury Trial | Trial to be jury or non–jury. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on January 12, 2018 at Houston, Texas.

_(signed)_
Vanessa D. Gilmore
United States District Judge